# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT HARMAN, ) <br> Plaintiff, ) <br> vs. ) <br> TRANS UNION, LLC, and ALLIED ) <br> COLLECTION SERVICES, INC., ) <br> Defendants. ) | Case No. 2:10-cv-02023-PMP-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed November 18, 2010. Defendant Trans Union LLC filed its Answer (#7) on December 14, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 14, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 2nd day of February, 2010.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge