MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SCOTT HARMAN,

    Plaintiff,

vs.

TRANS UNION LLC, a foreign limited liability company and ALLIED COLLECTION SERVICES., INC., a domestic corporation,

    Defendants.

No. 2:10-cv-02023-PMP-GWF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED: March 28, 2011.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
JASON G. REVZIN, ESQ.
Nevada Bar No. 8629
6385 S. Rainbow Blvd, Ste. 600
Las Vegas, Nevada 89118
Attorneys for Defendant
Trans Union LLC

1
2  _____
   ALLICIA TOMOLO, ESQ.
3  Nevada Bar No. 12116
   3080 South Durango Dr., Ste. 207
4  Las Vegas, Nevada 89117
   Attorney for Defendant
5  Allied Collection Services, Inc.

6
                    IT IS SO ORDERED:
7
                    _____
8                   UNITED STATES DISTRICT JUDGE

9                           August 25, 2011
                    DATED:_____
10